**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 01-6551**

————————

FELIX CHEESBORO,

                              Plaintiff - Appellant,

        versus

JEFFERY BLOOM, Public Defender,

                              Defendant - Appellee,

        and

NFN SHIVER, Richland County Detention Center;
NFN CHAPMAN, Richland County Detention Center
Officer; TONIAN HARRIS, Richland County Deten-
tion Center Officer; RICHLAND COUNTY DETENTION
CENTER; SHERIFF OF RICHLAND COUNTY; RICHLAND
COUNTY, SOUTH CAROLINA; STATE OF SOUTH
CAROLINA,

                                            Defendants.

————————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  George C. Kosko, Magistrate Judge.
(CA-00-3703-7-11BG)

————————

Submitted:  September 28, 2001      Decided:  November 5, 2001

————————

Before WILKINS, LUTTIG, and WILLIAMS, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

_____

Felix Cheesboro, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Felix Cheesboro, a South Carolina inmate, appeals the district court's order dismissing Defendant Jeffery Bloom from his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find that, because the underlying action has been voluntarily dismissed, this appeal is moot.[*] Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

_____

[*] The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (2001).